UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, <u>et al</u>.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-1783 (EGS) |
| | ) |
| **KENNETH Y. TOMLINSON,** | ) |
| Chairman, | ) |
| Broadcasting Board of Governors | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant U.S. Attorney, as counsel of record for defendant Kenneth Tomlinson in the above-captioned case.

Respectfully submitted,

/s/
PETER D. BLUMBERG, D.C. Bar #463247
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C. 20530
(202) 514 -7157