UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1783 (EGS) |
| | ) |
| **KENNETH Y. TOMLINSON,** | ) |
| **Chairman,** | ) |
| **Broadcasting Board of Governors** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant respectfully moves this Court for an enlargement of time, through and including November 21, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. The United States Attorney's Office was served with a copy of the Complaint on September 13, 2005. Consequently, defendant's answer, motion or other response is currently due on November 14, 2005.

2. Defendant needs additional time to respond to the Complaint. Defendant had expected to be able to file his response by November 14, but was assigned to handle a TRO/PI matter in AST Technologies Inc. v. Barrito, 05-2080 (ESH); this unexpected matter caused substantial disruption to counsel's schedule, which also included (among other matters) a post-discovery summary judgment motion in a Bivens case, trial briefs for an upcoming Title VII/Rehabilitation Act trial, and a Court of Appeals argument on November 17.

3. Defendant therefore requests an enlargement of time within which to answer, move or otherwise respond to the Complaint, through and including November 21, 2005.

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. This is the first enlargement of time sought in this matter by defendant.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: November 10, 2005