UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                       )
MOHAMED ABDELKARIM, et al.,            )
                                       )
            Plaintiffs,                )
    v.                                 )
                                       )
                                       )Civ. Action No. 05-1783 (EGS)
                                       )
KENNETH Y. TOMLINSON,                  )
Chairman,                              )
Broadcasting Board of Governors        )
                                       )
            Defendant.                 )
_____)
```

**ORDER**

Pursuant to the status hearing held in this matter in open court on May 31, 2006, it is by the Court hereby

**ORDERED** that:

(1) This case shall proceed on a Standard Track. The parties have agreed to waive initial disclosures required by Federal Rule of Civil Procedure 26(a)(1). At the request of the parties, discovery will be bifurcated. Fact discovery will close on November 27, 2006. Damages discovery, if needed, will be conducted after the resolution of dispositive motions.

(2) Counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court. If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court pursuant to paragraph (6) *supra*. Counsel are hereby notified that the party that does not prevail on the discovery dispute

shall pay the costs involved, including attorney's fees.  Counsel shall not file a discovery motion without following the procedures set forth in this paragraph.

(3) Any motion that does not comply with Local Civil Rule 7.1(m) will be, *sua sponte*, stricken by the Court from the record.

(4) Every pleading should indicate, immediately below the Civil Action No. in the caption, the next scheduled Court deadline, such as a status conference, or pretrial conference, or trial date.

(5) There shall be a further status conference in the courtroom of the undersigned Judge on **November 28, 2006 at 11:30 a.m.**  Counsel must bring full settlement authority to this conference. If settlement is not reached, a schedule for dispositive motions will be determined.  The attorneys who will try this case before the Court are directed to appear at all hearings, unless excused by the Court in advance of the hearing date.

(6) Counsel are directed not to communicate with anyone on Judge Sullivan's staff on an *ex parte* basis.  In the event it is absolutely necessary to communicate with Judge Sullivan's staff regarding this case, counsel are directed to arrange, at their expense, a conference telephone call with counsel for all other parties, and any *pro se* party, and speak directly with either

Judge Sullivan's secretary, Geri Kyler, at 354-3260, or the courtroom deputy, Carol Votteler, at 354-3152. It will not be the responsibility of anyone on Judge Sullivan's staff to arrange any telephone calls.

(7) All dates in this Order are firm, may not be altered by the parties, and, absent truly exceptional and compelling circumstances, will not be altered by the Court. Any request for an extension of time shall state whether any prior extensions of time have been granted and whether the extension will impact any other scheduled dates.

(8) Counsel are admonished to read the Circuit's opinion in *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et al.*, 101 F.3d 145, 152 (D.C. Cir. 1996) (in implementing a scheduling order at the beginning of a case and insisting on its reasonable observance during litigation, the district court acted in  manner consistent with the Supreme Court's and Congress' concern for the fair and efficient administration of justice).

**IT IS SO ORDERED.**


**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            May 31, 2006**

Notice to:

Jonathan Abram
Hogan and Hartson LLP

555 13th Street, NW
Washington, DC 20004-1109

Sheila Lieber

U.S. Department of Justice

Civil Division

20 Massachusetts Ave., NW

Rm. 7102

Washington, DC 20530