UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, <u>et al.</u>,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | Next Scheduled Court Date: |
| **Chairman,** ) | Status Conference |
| **Broadcasting Board of Governors** ) | November 28, 2006 at 11:30 a.m. |
| ) | |
| **Defendant.** ) | |

### JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD

Plaintiffs and defendant, through counsel, hereby jointly move the Court for an extension of the discovery period, through and including December 21, 2006. Good cause exists to grant this motion:

1. Under the May 31, 2006 Scheduling Order governing proceedings in this case, the discovery closing date is Novemer 27, 2006.

2. The parties have been diligently pursuing discovery in this matter, and have been endeavoring to cooperatively address all matters relating to the discovery without Court involvement; however, the parties will not be able to complete all discovery before the current November 27, 2006 deadline.

3. The parties respectfully request that the discovery period in this case be extended until December 21, 2006. An extension of this length is sought because the parties wish to complete document discovery to the extent practicable before beginning depositions.

4. The parties further request that the status conference scheduled for November 28, 2006

be re-set to the first available date on the Court's calendar after January 9, 2007, at which time the parties will be prepared to address further proceedings in this matter.

    5.  This is the first request for an extension of the discovery period.

Wherefore, the parties request that the Court grant the Joint Motion for Extension of Discovery Period.

                                            Respectfully submitted,

                                            _____/s/_____
                                            STEPHEN L. SPITZ, D.C. Bar # 180778
                                            Kalijarvi, Chuzi & Newman, PC
                                            1901 L Street, NW, Suite 610
                                            Washington, DC 20036
                                            (202) 331-9260

                                            Counsel for Plaintiffs


                                            _____/s/_____
                                            JEFFREY A. TAYLOR, D.C. Bar #498610
                                            United States Attorney

                                            _____/s/_____
                                            RUDOLPH CONTRERAS, D.C. Bar #434122
                                            Assistant United States Attorney

                                            _____/s/_____
                                            PETER D. BLUMBERG, D.C. Bar # 463247
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            Judiciary Center Building
                                            555 4th Street, N.W., 10th Floor
                                            Washington, D.C. 20530
                                            (202) 514-7157

Dated:  November 2, 2006