IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MOHAMMED ABDELKARIM, et al.,   )
                               )
     Plaintiffs,               )
                               ) Civil Action No. 05-1783 (EGS)
     v.                        )
                               )
KENNETH Y. TOMLINSON,          )
Chairman, Broadcasting         )
Board of Governors             )
                               )
     Defendant.                )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case and to withdraw the appearance of Assistant United States Attorney Peter Blumberg.

    Respectfully submitted,

    \_\_/s/_____
    DIANE M. SULLIVAN, D. C. BAR # 12765
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C. 20530
    (202) 514-7205

    \_\_/s/_____
    PETER D. BLUMBERG, D.C. Bar # 463247
    Assistant United States Attorney
    United States Attorneys Office
    Judiciary Center Building
    555 4th Street, N.W.
    Room E4210
    Washington, D.C. 20530
    (202) 514-7157