IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED ABDELKARIM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) Civil Action No. 05-1783 (EGS) | |
| v. ) | |
| ) | |
| KENNETH Y. TOMLINSON, ) | |
| Chairman, Broadcasting ) | |
| Board of Governors ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, moves the Court for an enlargement of time to complete initial discovery up to and including January 30, 2007.

Initial discovery is presently scheduled to close on December 21, 2006. Depositions of the plaintiffs are presently scheduled for the week of December 13, 2006. On November 30, 2006, the case was reassigned to the undersigned Assistant United States Attorney (AUSA) due to the imminent departure of the AUSA who has been handling the case. The newly assigned AUSA needs additional time to familiarize herself with the case and prepare for the depositions of the five named plaintiffs. Unfortunately, the newly assigned AUSA is already scheduled for depositions during the week of December 4, 2006 and is on TRO duty the week of December 11, 2006. In addition, counsel for the defendant has several motions and replies in other cases due by December 21,

2006. Consequently, counsel will not be able to familiarize herself with the case until the beginning of the new year. Plaintiff's counsel would also like to take several depositions

Counsel for the plaintiff has graciously consented to this request for an extension of time. No dates would be affected by this request since the only presently scheduled date is a January 31, 2007 status conference.

Wherefore, it is respectfully requested that the parties have up to and including January 30, 2007 to complete discovery.

                              Respectfully submitted,

                              /s/ Jeffrey A. Taylor
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              /s/ Rudolph Contreras
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              /s/ Diane M. Sullivan
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205