IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MOHAMMED ABDELKARIM, et al.,   )
                               )
    Plaintiffs,                )
                               ) Civil Action No. 05-1783 (EGS)
    v.                         )
                               )
KENNETH Y. TOMLINSON,          )
Chairman, Broadcasting         )
Board of Governors             )
                               )
    Defendant.                 )
_____)
```

### CONSENT MOTION FOR AN ENLARGEMENT OF TIME AND TO RESCHEDULE STATUS CONFERENCE

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, moves for a thirty day enlargement of time up to and including March 2, 2007 to complete discovery and to reschedule the status conference.

The parties have completed depositions, subject to the defendant's production of additional available documents. Counsel for the defendant, who has recently been assigned to the case, anticipates that this process may take an additional thirty days.  While the parties do not anticipate the need for additional depositions, the parties reserve the right to further depose witnesses should the production of additional documents require it.

Plaintiff's counsel consents to this request.

Wherefore, it is respectfully requested that the parties have an additional thirty days for discovery and that the Court

reschedule the status conference presently set for January 31, 2007 to a date shortly after March 2, 2007 convenient to the Court.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205