IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MOHAMMED ABDELKARIM, et al.,        )
                                    )
    Plaintiffs,                     )
                                    ) Civil Action No. 05-1783 (EGS)
    v.                              )
                                    )
KENNETH Y. TOMLINSON,               )
Chairman, Broadcasting              )
Board of Governors                  )
                                    )
    Defendant.                      )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

    The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, moves the Court for an enlargement of time to complete discovery up to and including March 14, 2007.

    In response to a letter by plaintiffs' counsel expressing concerns about defendant's written discovery responses, the defendant is in good faith attempting to address those concerns and provide additional information and documents.  Much of the material has been located and is in the process of being bate-stamped and copied.  However, it has taken the defendant longer than anticipated to locate and gather the information requested.

    The status conference in this case is scheduled for March 15, 2007.  This request for an extension will not affect the scheduled status conference.  It is defense counsel's hope that the responses will be provided before the requested date.

    Counsel for the plaintiff has graciously consented to this request.

Wherefore, it is respectfully requested that discovery be extended up to and including March 14, 2007.

                                  Respectfully submitted,

                                  __/s/_____
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                  __/s/_____
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney

                                  __/s/_____
                                  DIANE M. SULLIVAN, D. C. BAR # 12765
                                  Assistant United States Attorney
                                  Judiciary Center Building
                                  555 Fourth Street, N.W.
                                  Room E4919
                                  Washington, D.C. 20530
                                  (202) 514-7205