IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** ) | |
| ) | |
| **Plaintiffs.** ) | |
| v. ) | |
| ) | |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTIONS TO RESCHEDULE STATUS CONFERENCE AND TO ENLARGE DISCOVERY PERIOD**

Plaintiffs, through counsel, with the consent of defendant, move for a rescheduling of the status conference now set in this matter for 9:00 A.M. on March 15, 2007, to anytime on one of these three dates: March 27, 2007; March 29, 2007; or April 5, 2007 or if none of those dates are available for such a status conference to another time and date available to the Court and to the parties. Plaintiffs, through counsel, with the consent of defendant, also move for an enlargement of time within which to complete discovery until the day before the date set for the rescheduled status conference.

In support of these Motions, plaintiffs state as follows:

1. The discovery period in this matter closes today by prior Order of this Court.

2. By Order dated March 13, 2007, e-mailed to counsel for plaintiffs at 3:34 P.M. on that date, counsel for plaintiffs was advised that the status conference scheduled for 12:30 P.M. on March 15, 2007, has been rescheduled for 9:00 A.M. on March 15, 2007. Counsel for plaintiffs was in Baltimore, Maryland yesterday afternoon at a settlement conference regarding

another case at the Equal Employment Opportunity Commission and did not see the Order until this morning. Counsel for plaintiffs promptly attempted to advise the plaintiffs of the Order.

3. Two of the plaintiffs who were planning to attend the status conference in this matter originally set for 12:30 P.M. on March 15, 2007, have informed counsel for plaintiffs that they have unalterable commitments for 9:00 A.M. on March 15, 2007, that cannot be changed given the short notice of the change of the time of the status conference. Other plaintiffs have not yet been reached. Counsel for plaintiffs promptly notified counsel for defendant.

4. Counsel for defendant, Diane Sullivan, advised counsel for plaintiffs this afternoon by telephone that defendant consents to these Motions.

5. This is the first time that plaintiffs have requested either a rescheduling of a status conference or an enlargement of time for discovery in this matter.

6. Counsel for plaintiffs has received four boxes of documents from the Office of Inspector General of the Department of State in response to a Freedom of Information Act request filed prior to the filing of this lawsuit. Counsel for plaintiffs is in the process of identifying which of these documents are responsive to defendant's document requests and needs additional time in which to do so and to have such documents copied and sent to counsel for defendant.

7. Counsel for defendant has requested of defendant, but has not yet been provided with, certain documents responsive to plaintiffs' document requests. Defendant needs additional time within which to produce these documents.

8. Neither plaintiffs nor defendant wishes to burden this Court with potential discovery disputes if they can be avoided by a short enlargement of time for discovery.

WHEREFORE, plaintiffs respectfully request that their Motions be granted.

Respectfully submitted,

 s/

Stephen L. Spitz, D.C. Bar No. 180778

Kalijarvi, Chuzi & Newman, PC

1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that foregoing was delivered on this the 14th day of March, 2007 by first class U.S. mail postage pre-paid to:

Diane M. Sullivan
Assistant United States Attorney for the District of Columbia
555 Fourth Street NW, Room E4919
Washington, D.C. 20530

_____
Stephen L. Spitz