IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MOHAMMED ABDELKARIM, et al.,   )
                               )
     Plaintiffs,               )
                               ) Civil Action No. 05-1783 (EGS)
     v.                        )
                               )
KENNETH Y. TOMLINSON,          )
Chairman, Broadcasting         )
Board of Governors             )
                               )
     Defendant.                )
_____)
```

**JOINT MOTION FOR AN ENLARGEMENT OF TIME**

The parties, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for a short extension of time to complete discovery up to and including April 9, 2007.

The defendant has been waiting for the overtime records for a long list of former Voice of America employees to be provided by contractor located in South Carolina which provides payroll services to the agency. The overtime profile for all the employees during the relevant time frame has just been received by the payroll office at BBG. The payroll office is presently going through those records to identify the individuals identified by plaintiffs. It is anticipated that this process will take ten days or less.

The parties agree that this request will not unduly delay the final resolution of this litigation. In anticipation of the status conference presently scheduled for 5:30 p.m. on March 27, 2007, the parties have consulted and agreed to the attached

briefing schedule, subject to the Court's approval.

Wherefore, it is respectfully requested that discovery be extended and that the Court approve the proposed briefing schedule attached.

|  | Respectfully submitted, |
|---|---|
| __/s/_____<br>STEPHEN LINCOLN SPITZ<br>D.C. Bar No. 180778<br>Kalijarvi, Chuzi & Newman, P.C.<br>1901 L Street, N.W.<br>Suite 610<br>Washington, DC 20036-3542<br>(202) 331-9260 | __/s/_____<br>JEFFREY A. TAYLOR, D.C. BAR # 498610<br>United States Attorney<br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. BAR # 434122<br>Assistant United States Attorney<br><br>__/s/_____<br>DIANE M. SULLIVAN, D. C. BAR # 12765<br>Assistant United States Attorney<br>Judiciary Center Building<br>555 Fourth Street, N.W.<br>Room E4919<br>Washington, D.C. 20530<br>(202) 514-7205 |