**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
MOHAMMED ABDELKARIM, et al.,    )
                               )
     Plaintiffs,                )
                               ) Civil Action No. 05-1783 (EGS)
     v.                         )
                               )
KENNETH Y. TOMLINSON,           )
Chairman, Broadcasting          )
Board of Governors              )
                               )
     Defendant.                 )
_____)
```

**PROPOSED SCHEDULE**

In anticipation of the status conference scheduled for March 27, 2007, the parties have conferred and propose the following schedule:

1.    That the defendant will provide to the plaintiffs' the overtime records they seek by April 9, 2007.

2.    That any motion to compel further discovery must be filed by April 23, 2007 and oppositions thereto must be filed by April 30, 2007.

3.    The parties have agreed to complete stipulations of fact by May 4, 2007.

4.    Dispositive motions will be filed by June 28, 2007; any oppositions will be due on August 3, 2007; and replies will be due by August 17, 2007.

5.    The parties note for the Court that, according to the Joint 16.3 Report, they have bifurcated the case for discovery purposes.  In the event dispositive motions do not resolve this

case the parties reserve the right to engage in discovery

regarding plaintiffs' claims for damages before proceeding to

trial (see Joint Rule 16.3 Report)


__/s/_____        __/s/_____
STEPHEN LINCOLN SPITZ                    JEFFREY A. TAYLOR, D.C. BAR # 498610
D.C. Bar No. 180778                      United States Attorney
Kalijarvi, Chuzi & Newman,
P.C.
1901 L Street, N.W.
Suite 610                                __/s/_____
Washington, DC 20036-3542                RUDOLPH CONTRERAS, D.C. BAR # 434122
(202) 331-9260                           Assistant United States Attorney


                                         __/s/_____
                                         DIANE M. SULLIVAN, D. C. BAR # 12765
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 Fourth Street, N.W.
                                         Room E4919
                                         Washington, D.C. 20530
                                         (202) 514-7205