# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDELKARIM, et al. ) | |
| ) | |
| **Plaintiffs.** ) | |
| v. ) | |
| ) | |
| ) | |
| KENNETH Y. TOMLINSON, ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **Defendant.** ) | |

## Praecipe

The clerk of court will please enter the appearance of Tracy L. Gonos as counsel of record for the plaintiffs in the above-captioned case.

Respectfully submitted,

_s/_____
Tracy L. Gonos, D.C. Bar No. 479160
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs