IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
MOHAMMED ABDELKARIM, et al.,  )
                              )
    Plaintiffs,               )
                              ) Civil Action No. 05-1783 (EGS)
    v.                        )
                              )
KENNETH Y. TOMLINSON,         )
Chairman, Broadcasting        )
Board of Governors            )
                              )
    Defendant.                )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a thirty-day enlargement of time to file a dispositive motion up to and including July 27, 2007.

The defendant's dispositive motion is presently due on June 28, 2007. Counsel for the defendant seriously underestimated the demands of her schedule for the past month and the amount of time it would take to prepare a dispositive motion in the instant case.

Counsel for the defendant has filed dispositive motions or replies in Noble v. USPS, Civil Action No. 05-0936 (June 20, 2007); Lamba Legal Defense Fund v. Substance Abuse and Mental Health Services, Civil Action NO. 07-0458 (June 14, 2007); and Smith v. Jackson, Civil Action No. 05-2042 (June 13, 2007). Counsel prepared witnesses and took depositions in Downs v. Rumsfeld, Civil Action No. 00-2382 at Quantico, Virginia, which

required her to be out of the office for three days.  In addition, counsel has reviewed the files and filed answers in Wilson v. James, Civil Action No. 07-0025; Kelly-Jones v. James, Civil Action No. 07-0026; Stevenson v. James, Civil Action No. 07-0027; Reynolds v. James, Civil Action No. 07-0028; and SAE Productions, Inc. v. FBI, Civil Action No. 07-0866.

The instant case was assigned to present counsel in mid-December, 2006 on the departure of the previously assigned Assistant United States Attorney.  The file is extensive.  There are approximately 18-20 deposition transcripts (some of which are 300-400 pages) which were taken prior to counsel's involvement in the case.  There are several boxes of written discovery.  The case involves five plaintiff's and several selections involving multiple selectees are at issue.  Despite counsel's best efforts, she was unable to devote the significant amount of time necessary to review the discovery and research and draft the motion.

Counsel will need an additional thirty days because she has an appellate brief due in Maye v. Reno, Civil Action No. 00-0271 on July 20, 2007 and has depositions and mediation in Openshaw v. U.S., Civil Action No. 06-1884 during the week of July 9, 2007.

Counsel for plaintiff was contacted.  She graciously consents to this motion.

Wherefore, it is respectfully requested that the defendant have up to and including July 27, 2007 to file a dispositive

motion.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        __/s/_____
        DIANE M. SULLIVAN, D. C. BAR # 12765
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W.
        Room E4919
        Washington, D.C. 20530
        (202) 514-7205