UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | |
| **Chairman,** ) | |
| **Broadcasting Board of Governors,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE A DISPOSITIVE MOTION

Defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time until August 9 , 2007 to file a dispositive motion.  The defendant's dispositive motion is presently due July 30, 2007.  Counsel for the defendant has just completed and filed a brief in the United States Court of Appeals for the District of Columbia Circuit in  Maye v. Gonzales, No. 06-5025, on Monday, July 23, 2007.  Although counsel had begun preliminary work on a dispositive motion in the above case, her appellate brief in Maye and discovery, mediation, and final settlement in Openshaw v. United States, Civil Action No. 06-1884 (CKK), consumed most of her time for the past three weeks.  Counsel began to prepare the motion in the instant case in earnest this week.  The file is enormous – there are five plaintiffs and about twenty deposition transcripts.

In compliance with LCvR 7(m), counsel contacted plaintiffs' counsel and left a voice mail.  Counsel has not heard from plaintiffs' counsel to date.

Wherefore, it is respectfully requested that defendant have up to and including August 9, 2007 to file a dispositive motion and that plaintiffs have up to and including September 9, 2007 to file an opposition.   A proposed order consistent with this motion is attached.

July 26, 2007

                                Respectfully submitted,

                                __/s/_____
                                JEFFREY A. TAYLOR, D.C. Bar # 498610
                                United States Attorney

                                _/s/_____
                                RUDOLPH CONTRERAS, D.C. BAR # 434122
                                Assistant United States Attorney

                                _/s/_____
                                DIANE M. SULLIVAN, D. C. BAR # 12765
                                Assistant United States Attorney
                                555 Fourth Street, N.W.
                                Room E4919
                                Washington, D.C. 20530
                                (202) 514-7205