# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1783 (EGS) |
| | ) |
| **KENNETH Y. TOMLINSON,** | ) |
| **Chairman,** | ) |
| **Broadcasting Board of Governors,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to File Its Dispositive Motion, any Opposition thereto and the entire record herein, it is

HEREBY ORDERED that Defendant's Motion is granted, and it is

FURTHER ORDERED that Defendant shall have up to and including August 9, 2007 to file its dispositive motion, Plaintiffs' shall have up to and including September 9, 2007 to file an Opposition.


Date_____                                     _____
                                                UNITED STATES DISTRICT JUDGE


Copies:
Diane M. Sullivan
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20035

Tracy L. Gonos, Esquire
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, D.C. 20036