IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MOHAMMED ABDELKARIM, et al.,   )
                               )
     Plaintiffs,               )
                               ) Civil Action No. 05-1783 (EGS)
     v.                        )
                               )
KENNETH Y. TOMLINSON,          )
Chairman, Broadcasting         )
Board of Governors             )
                               )
     Defendant.                )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

    The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including August 15, 2007 to file a dispositive motion

    Defendant's dispositive motion is due on Friday, August 10, 2007.  Although counsel will have completed draft motion by August 10, 2007, additional time is needed for editing, checking record citations and supervisory review.  Counsel had several meetings regarding settlement with senior agency officials for a mediation in <u>Firth v. Johanns</u>, Civil Action No. 06-2215 this week which took longer than anticipated and delayed completing a final draft.  In addition, Counsel's secretary will be out of the office on August 10, 2007.

    Counsel for plaintiff was contacted and graciously consents to this motion.

    Wherefore, it is respectfully requested that the defendant have up to and including August 15, 2007 to file a dispositive

motion.

                        Respectfully submitted,

                        __/s/_____  
                        JEFFREY A. TAYLOR, D.C. BAR # 498610  
                        United States Attorney

                        __/s/_____  
                        RUDOLPH CONTRERAS, D.C. BAR # 434122  
                        Assistant United States Attorney

                        __/s/_____  
                        DIANE M. SULLIVAN, D. C. BAR # 12765  
                        Assistant United States Attorney  
                        Judiciary Center Building  
                        555 Fourth Street, N.W.  
                        Room E4919  
                        Washington, D.C. 20530  
                        (202) 514-7205