IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
MOHAMMED ABDELKARIM, et al.,       )
                                   )
    Plaintiffs,                    )
                                   ) Civil Action No. 05-1783 (EGS)
    v.                             )
                                   )
KENNETH Y. TOMLINSON,              )
Chairman, Broadcasting             )
Board of Governors                 )
                                   )
    Defendant.                     )
_____)

**DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE A MEMORANDUM EXCEEDING THE COURT'S PRESUMPTIVE PAGE LIMITATION**

Defendant respectfully moves for leave to file a memorandum in support of its motion for summary judgment that exceeds the page limitation established by Local Rule 7.1(e). Defendant seeks leave to file a memorandum of approximately 55 pages. Defendant's motion for summary judgment is currently due on Wednesday, August 15, 2005.

This case has five individual plaintiffs and relates to two selections involving twenty selectees. In light of the complexity of this case and the voluminous record, defendant anticipates that its memorandum in support of summary judgment and the plaintiff's opposition will exceed the presumptive page limit by approximately 10 pages or less. Accordingly, defendant requests leave to file a memorandum of up to 55 pages.

Defendant's counsel has conferred with plaintiff's counsel, and plaintiff consents to this Motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205