IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MOHAMED ABEDELKARIM, et al.,  )
                              )
            Plaintiffs,       )
    v.                        )  Civil. Action No. 05-1783 (EGS)
                              )
                              )
JAMES K. GLASSMAN,            )
Chairman, Broadcasting Board  )
    Of Governors,             )
                              )
            Defendant.        )
                              )
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE EXHIBITS**

Counsel for the defendant has conferred with plaintiffs' counsel regarding exhibits and respectfully moves to extend the time to submit exhibits supporting defendant's motion for summary judgment, plaintiffs' opposition, and the reply up to and including ten (10) working days after the defendant's reply has been filed.

The parties have conferred and mutually agree that filing consolidated exhibits, similar to a joint appendix in the Court of Appeals, would assist the Court in resolving the motion and would avoid unnecessary duplication and confusion.  The parties would be able to prepare an index and tab all the exhibits in the case for the convenience of the Court.

Wherefore, it is respectfully requested that the parties have up to and including ten days after defendant's reply is filed to file exhibits.

```
                         Respectfully submitted,

                         __/s/_____
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                         __/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney


                         __/s/_____
                         DIANE M. SULLIVAN, D. C. BAR # 12765
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C. 20530
                         (202) 514-7205
```