IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** )<br>)<br>**Plaintiffs.** )<br>v. )<br>)<br>)<br>**KENNETH Y. TOMLINSON,** )<br>)<br>**Defendant.** ) | Civil Action No. 05-1783 (EGS) |

Consent Motion for Enlargement of Time

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby move for an extension of time until October 15, 2007 to file their response to Defendants' Motion for Summary Judgment. Plaintiffs' opposition is currently due on September 14, 2007.

The bases for this request are several. First, as explained in Plaintiff's August 26, 2007 Motion for Enlargement of Time to File a Dispositive Motion, the case file in this matter is voluminous, including approximately 20 deposition transcripts and discovery for five individual plaintiffs. Thus, some additional time is necessary to fully review the file and prepare Plaintiff's Opposition. Second, the extensions previously requested by Defendant and granted by the court, resulted in Defendant's Motion for Summary Judgment being filed just prior to Plaintiffs' counsels' vacation, which is from September 6 through September 24. During this period, counsel will be unable to work on Plaintiffs' Opposition. Finally, Plaintiffs' counsel has numerous other matters with impending deadlines that must be attended to during this same period that will preclude her from completing Plaintiff's Opposition prior to October 15. These

matters include, but are not limited to, the taking of 9 depositions in <u>Tang v. Gutierrez, Department of Commerce</u>, EEOC Case No. 570-2007-00607X and the preparation and filing of an opposition to a motion for summary judgment in <u>Judge, et al. v. Tobias</u>, EEOC Case No. 570-2007-00144X.

    Counsel for the defendant has been contacted and consents to the requested extension.

    Based on the foregoing, Plaintiffs' counsel respectfully requests an extension of time up to and including October 15, 2007, to file their response to the defendants' dispositive motion.

                              Respectfully submitted,

                              /s/_____
                              Tracy L. Gonos, D.C. Bar No. 479160
                              Kalijarvi, Chuzi & Newman, PC
                              1901 L Street, NW, Suite 610
                              Washington, DC 20036
                              (202)331-9260

                              Attorney for Plaintiffs