IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** ) | |
| ) | |
| **Plaintiffs.** ) | |
| v. ) | |
| ) | |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **Defendant.** ) | |

Consent Motion for Enlargement of Time

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby move for a 30 day extension of time until December 17, 2007 to file their response to Defendants' Motion for Summary Judgment. Pursuant to a previously granted request for an extension fo time, Plaintiffs' opposition is currently due on November 15, 2007.

The bases for this request are several. First, as explained in Defendant's August 26, 2007 Motion for Enlargement of Time to File a Dispositive Motion, the case file in this matter is voluminous, including approximately 20 deposition transcripts and discovery for five individual plaintiffs. Thus, some additional time is necessary to fully review the file and prepare Plaintiffs' Opposition. Second, Plaintiffs' counsel has had numerous other matters arise with short deadlines that had to be attended to during the period thus far allotted to prepare the Plaintiffs' Opposition. Additionally, Plaintiffs' counsel that will preclude her from completing Plaintiff's Opposition prior to November 15, 2007. These matters include, but are not limited to, the taking

of depositions in Ruth v. Smithsonian Institute, EEOC Case No. 570-2007-00607X and in Kelly v. Dep't. of Transportation, EEOC Case No. 570-2007-00640X.

Counsel for the defendant has been contacted and consents to the requested extension.

Based on the foregoing, Plaintiffs' counsel respectfully requests an extension of time up to and including December 17, 2007, to file their response to the defendants' dispositive motion.

Respectfully submitted,

 s/
Tracy L. Gonos, D.C. Bar No. 479160
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs