IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** ) | |
| ) | |
| **Plaintiffs.** ) | |
| v. ) | |
| ) | |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **Defendant.** ) | |

Plaintiffs' Consent Motion for
Leave to File a Memorandum Exceeding the Court's Presumptive Page Limitation

Plaintiffs respectfully move for leave to file a memorandum in support of their Opposition to Summary Judgment that exceeds the page limitation set by Local Rule 7.1(e). Plaintiffs seek leave to file a memorandum of approximately 75 pages. Plaintiffs' Opposition to Summary Judgment is currently due on December 17, 2007.

This case has five individual plaintiffs and relates to two separate employment selection decisions involving over twenty selectees. Additionally, Defendants' Motion for Summary Judgment also raises three different procedural challenges to Plaintiffs' claims that must be addressed. In light of the complexity of the case, the voluminous record, and the length of Defendant's Motion for Summary Judgment pursuant to a grant of extra pages, Plaintiffs' anticipate that their Opposition will exceed the presumptive page limit by approximately 30 pages, for a total of 75 pages.

Plaintiffs' counsel conferred with Defendants' counsel and Defendant consents to this Motion.

Respectfully submitted,

_s/_____
Tracy L. Gonos, D.C. Bar No. 479160
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs