IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| **MOHAMMED ABDELKARIM, et al.** | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| **KENNETH Y. TOMLINSON,** | ) | Civil Action No. 05-1783 (EGS) |
| | ) | |
| **Defendant.** | ) | |

Consent Motion for Two Day Enlargement of Time

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the plaintiffs hereby move for a 2 day extension of time until December 19, 2007 to file their response to Defendants' Motion for Summary Judgment.  Pursuant to a previously granted request for an extension of time, Plaintiffs' opposition is currently due on December 19, 2007.

The plaintiffs are mindful of the Court's prior statement that future extension requests would be viewed with disfavor.  However, in light of the brevity of the extension requested and the circumstances underlying it, Plaintiffs respectfully argue that an extension is justified.  As previously stated, Plaintiffs' Opposition to Summary Judgment is due December 17, 2007.  While Plaintiffs' Opposition will be completed on December 17, 2007, additional time is needed for editing, checking record citations, and finalizing the other technical aspects of the brief.  This past weekend and early this week Plaintiffs' counsel developed an unexpected illness, bringing work on the Opposition to a halt for several days.  While much of the lost time has been made up, a brief extension is necessary to attend to the technical aspects of the brief mentioned above.

Counsel for the defendant has been contacted and consents to the requested extension.

Based on the foregoing, Plaintiffs respectfully request an extension of time, up to and including December 19, 2007, to file their response to the defendant's dispositive motion.

Respectfully submitted,

 /s/
Tracy L. Gonos, D.C. Bar No. 479160
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs