IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED ABEDELKARIM, et al., )<br>)<br>Plaintiffs, )<br>v.   )<br>)<br>)<br>JAMES K. GLASSMAN,   )<br>Chairman, Broadcasting Board )<br>Of Governors,   )<br>)<br>Defendant.   )<br>_____) | Civil. Action No. 05-1783 (EGS) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

   The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an enlargement of time to file a Reply up to and including February 5, 2008.

   Plaintiffs will file their opposition to defendant's motion for summary judgment on December 19, 2007 right before the Christmas holiday.  Counsel who has over 180 hours of "Use or Lose" leave will be out of the office from December 21, 2007 through Friday, January 4, 2008.  Counsel will not be back in the office until January 7, 2007.  This case involves over twenty-four different selections and five plaintiffs.  The record is extensive and the necessity of cross-referencing the Reply to the record will be time-consuming.

   Counsel for the plaintiff consents to this request.

   Wherefore, it is respectfully requested that the defendant have up to and including February 5, 2008 to file a Reply.

```
                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney


                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney


                              __/s/_____
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205
```