# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** ) | |
| ) | |
| **Plaintiffs.** ) | |
| v. ) | |
| ) | |
| ) | |
| **KENNETH Y. TOMLINSON,** ) | Civil Action No. 05-1783 (EGS) |
| ) | |
| **Defendant.** ) | |

Consent Motion for Two Day Enlargement of Time

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the Plaintiffs hereby move for a 2 day extension of time, until December 21, 2007, to file their response to Defendants' Motion for Summary Judgment. Pursuant to a previously granted request for an extension of time, Plaintiffs' Opposition is currently due today, December 19, 2007.

The Plaintiffs are mindful of the Court's prior statement that future extension requests would be viewed with disfavor. However, in light of the brevity of the extension requested and the circumstances underlying it, Plaintiffs respectfully argue that an extension is warranted. The Court is advised that the instant case is extremely large and complex and involves five separate Plaintiffs. The record consists of five Reports of Investigation, each consisting of two volumes, from the Agency's administrative process and thousands of pages of documents produced during both sets of discovery and in response to a Freedom of Information Act Request. There were also also numerous depositions taken, including two for each of the five Plaintiffs.

In May 2007, the attorney solely responsible for handling this case retired. Undersigned counsel has spent months reviewing the documents in this matter and coming up to speed on the

case. Given the magnitude of this case and its file, Plaintiffs' counsel regretfully admits that she underestimated the amount of time necessary to complete and finalize Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Although counsel thought the Opposition could be completed by today, she now realizes that it can only be accomplished with the additional two days requested herein. Under these circumstances, Plaintiffs pray that the Court will not penalize them for counsel's underestimation of the time necessary to prepare their response and respectfully ask the Court to grant the brief additional time necessary to adequately complete and file their response.

The Court is also advised that, given Defendants' pending request for an extension of time to file a Reply to this Opposition, no real delay in the proceedings will ensue if this Motion is granted. Additionally, based on the Plaintiffs' recollection of the extension requests filed to date by both parties, Defendants' requested and received 96 days in extensions to file their Motion for Summary Judgment. Were the Court to grant this requested extension, Plaintiffs will have had 94 additional days, which is approximately commensurate with the amount of time granted to the Defendant thus far. No further extensions will be requested.

Counsel for Defendant consents to the requested extension.[1]

Based on the foregoing, Plaintiffs respectfully request a brief extension of time, up to and including December 21, 2007, to file their response to the defendant's dispositive motion.

---

[1] Plaintiffs' counsel so represents based on numerous discussions with Defendant's counsel wherein she indicated Defendant had no objections to any reasonable extensions of time that Plaintiffs' needed to pursue. However, Plaintiffs' counsel is currently waiting for a response from Defendant's counsel to confirm she continues to hold the same position. Should Defendant's counsel withdraw its previously stated consent to such a Motion, Plaintiffs' counsel will immediately notify the court.

Respectfully submitted,

_s/_____
Tracy L. Gonos, D.C. Bar No. 479160
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
(202)331-9260

Attorney for Plaintiffs