IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED ABEDELKARIM, et al., )<br>                                )<br>        Plaintiffs,            )<br>    v.                          )   Civil. Action No. 05-1783 (EGS)<br>                                )<br>                                )<br>JAMES K. GLASSMAN,              )<br>Chairman, Broadcasting Board   )<br>    Of Governors,               )<br>                                )<br>        Defendant.              )<br>_____ )| |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

    The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an enlargement of time up to and including March 19, 2008 to file a Reply.

    Plaintiffs filed a 150-page opposition to defendant s motion for summary judgment with numerous cross-references to the record.  As the Court knows, this case involves five plaintiffs and at least twenty four selections.  To reply, Counsel must review the entire record again.  Because of the number of issues and individuals involved in the selection process, preparation of a reply is very time-consuming.  Counsel also has dispositive motions or replies due in Dome v. Dumas, Civil Action No. 07-1695 (patent case) on February 6, 2008, Pinegar v. Federal Election Commission, Civil Action no. 07-1560 on February 15, 2008 and SAE Productions, Inc. v. FBI, Civil Action No. 07-0866 on February 28, 2008.  In addition,  counsel

has numerous mediations and depositions scheduled during February.

Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including March 19, 2008 to file a Reply.

        Respectfully submitted,

        __/s/_____
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


        __/s/_____
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


        __/s/_____
        DIANE M. SULLIVAN, D. C. BAR # 12765
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W.
        Room E4919
        Washington, D.C. 20530
        (202) 514-7205