IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MOHAMED ABEDELKARIM, et al.,  )
                              )
            Plaintiffs,       )
      v.                      )  Civil. Action No. 05-1783 (EGS)
                              )
                              )
JAMES K. GLASSMAN,            )
Chairman, Broadcasting Board  )
     Of Governors,            )
                              )
            Defendant.        )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for an enlargement of time up to and including April 10, 2008 to file a reply.

The reply is presently due March 19, 2008.  Counsel has been unable to devote sufficient time to preparing a reply.  During the week of February 5, 2008, counsel was assigned a TRO/PI involving funding for the Indian Tribes in Alaska, all aspects of which were not resolved until this week, and then received an order from the Court of Appeals to respond to a petition for rehearing en banc in a case with a 2,000 page joint appendix (Chugach Regional Resources Commission v. Kempthorne, Civil Action No. 08-0200; Wiley v. Glassman, No. 06-5402).  In addition, during the past ten days, besides routine motions, discovery and several 16.3 reports, counsel had mediation in Downs v. Rumsfeld, Civil Action No. 00-2382, Davis v. Department

of the Interior, Civil Action No. 84-1211, and Young, et al. v. United States, Civil Action No. 06-1612. Finally, counsel has depositions scheduled for the week of March 17, 2005, in a Federal Tort Claims Act case involving six defendants (Koehling v. United States of America, et al., Civil Action No. 07-1152). Counsel for the defendant, due to her present schedule, is unable to return to preparing a reply in this case until March 24, 2008.

Counsel contacted plaintiff's counsel who has consented to this request.

Wherefore, it is respectfully requested that the defendant have up to and including April 10, 2008 to file a Reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205