IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED ABDELKARIM, et al.** )<br>)<br>**Plaintiffs.** )<br>v. )<br>)<br>)<br>**KENNETH Y. TOMLINSON,** )<br>)<br>**Defendant.** )<br>_____) | Civil Action No. 05-1783 (EGS) |

### PRAECIPE

The clerk of court will please enter the appearance of Elaine L. Fitch and George M. Chuzi as counsel of record for the Plaintiffs in the above-captioned case. Ms. Fitch and Mr. Chuzi hereby replace Tracy L. Gonos as counsel of record.

Respectfully submitted,

 s/ _____
Tracy L. Gonos, D.C. Bar No. 479160
Elaine L. Fitch, D.C. Bar No. 471240
George M. Chuzi, D.C. Bar No. 336503
Kalijarvi, Chuzi & Newman, PC
1901 L Street, NW, Suite 610
Washington, DC 20036
Tel: (202) 331-9260
Fax: (202) 331-9260

Attorneys for Plaintiffs