IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABDELKARIM, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES GLASSMAN, )<br>Chairman, Broadcasting Board of )<br>Governors, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1783 (EGS) |

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Please take notice of the appearance of George M. Chuzi as counsel for plaintiff, replacing Tracy L. Gonos.

Respectfully submitted,

\s\
_____
George M. Chuzi, Esq.  Bar No. 336503
KALIJARVI, CHUZI & NEWMAN, P.C.
1901 L Street, N.W. Suite 610
Washington, DC  20036
Tel: (202) 331-9260
FAX: (202) 331-9261
e-mail:  gchuzi@kcnlaw.com

Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was submitted to the District Court's ECF service on March 20, 2008.

\s\
_____
George M. Chuzi