IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MOHAMED ABEDELKARIM, et al.,  )
                              )
          Plaintiffs,         )
    v.                        )  Civil. Action No. 05-1783 (EGS)
                              )
                              )
JAMES K. GLASSMAN,            )
Chairman, Broadcasting Board  )
     Of Governors,            )
                              )
          Defendant.          )
_____)
```

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including May 30, 2008.

Although counsel has spent considerable time organizing a joint appendix of exhibits in this case, counsel has had insufficient time to prepare a reply because of handling a complex TRO in February, an unexpected order from the Court of Appeals requiring the filing of an opposition to a petition for rehearing en banc involving a case with a 2,000 page joint appendix, and an extraordinary number of mediations throughout the month of March (e.g. Downs v. Rumsfeld, Civil Action No. 00-2382, Davis v. Dept. of the Interior, Civil Action No. 84-1211, Young, et al. v. Clark, et al., Civil Action No. 06-1612, and Pinegar v. Federal Election Commision, Civil Action No. 07-1560). Finally, counsel will be out of the office from April 10, 2008-

April 20, 2008 in California due to an unexpected and critical illness of a family member.

Plaintiff's counsel consents to this request for an enlargement of time.

Wherefore, it is respectfully requested that the defendant have up to and including May 30, 2008 to file a reply.

                Respectfully submitted,

                __/s/_____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                __/s/_____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                __/s/_____
                DIANE M. SULLIVAN, D. C. BAR # 12765
                Assistant United States Attorney
                Judiciary Center Building
                555 Fourth Street, N.W.
                Room E4919
                Washington, D.C. 20530
                (202) 514-7205