IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED ABEDELKARIM, et al., )<br>                Plaintiffs, )<br>  v.                            )<br>                           )<br>JAMES K. GLASSMAN, )<br>Chairman, Broadcasting Board )<br>    Of Governors, )<br>                Defendant. ) | Civil. Action No. 05-1783 (EGS) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a ten working day enlargement of time up to and including June 16, 2008 to file a reply.

Counsel for the defendant has made a sincere effort to meet the present deadline of May 30, 2008. But counsel has had to prepare at least ten individuals, including several Assistant and Deputy Assistant Secretaries for deposition in Powell v. Leavitt, Civil Action No. 07-0026, and attended five depositions in Koehling v. United States, Civil Action No. 07-1152 during the month of May. In addition, counsel has expended substantial time and effort to resolve three cases: Downs v. Rumsfeld, Civil Action No. 00-2382, Pinegar v. Federal Election Commission, Civil Action No. 07-1560, and Davis v. Interior, Civil Action No. 84-1211 during May. Finally, counsel has filed substantive motions

in <u>Dome v. Dudas</u>, Civil Action No. 07-1695, <u>Noble v. Potter</u>, Civil Action No. 05-0936, and <u>Reshard v. Peters</u>, Civil Action No. 87-2794 during the last two weeks.

Counsel for plaintiff consents to this request. Counsel for the defendant does not file this request to cause undue delay. Counsel notes that plaintiff's opposition has over 200 statements of material fact. Responding to them is extremely time consuming.

Wherefore, it is respectfully requested that the defendant have up to and including June 16, 2008 to file a reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205