IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMED ABEDELKARIM, et al., )
                              )
         Plaintiffs,          )
    v.                        )  Civil. Action No. 05-1783 (EGS)
                              )
                              )
JAMES K. GLASSMAN,            )
Chairman, Broadcasting Board  )
    Of Governors,             )
                              )
         Defendant.           )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a three day enlargement of time up to and including August 21, 2008 to file a reply.

The defendant's reply is presently due August 18, 2008. Defense counsel allotted sufficient time in her schedule and fully expected to file the reply on August 18, 2008. However, counsel had to stop working on the reply to prepare for de bene esse depositions in Porter v. United States of America, Civil Action No. 08-0843. Two witnesses are scheduled to leave for Africa for three years on August 18, 2008. The government recently filed an answer in the Porter case and was just advised by plaintiff's counsel last week for the need to take the de bene esse depositions. Consequently, counsel has very little time to familiarize herself with the case and prepare for the depositions scheduled for August 12, 2008.

Plaintiffs' counsel consents to this request. The defendant

does not anticipate the need for additional time and apologizes for the unanticipated and unavoidable delay.

Wherefore, it is respectfully requested that the defendant have up to and including August 21, 2008 to file a reply.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205